

NUMBER 13-20-00028-CV

# COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

| | |
|---|---|
| **$3,363.00 IN UNITED STATES CURRENCY,** | **Appellant,** |
| **v.** | |
| **THE STATE OF TEXAS,** | **Appellee.** |

### On appeal from the 414th District Court
### of McLennan County, Texas.

# ORDER OF ABATEMENT

### Before Chief Justice Contreras and Justices Longoria and Hinojosa
### Order Per Curiam

This cause is before the Court on the reporter's failure to timely file a record. The reporter's record in this cause was due on January 7, 2020. The Clerk of the Court sent two late notices to the reporter, and the reporter has not filed a request for extension in this matter.

This sequence of events requires us to effectuate our responsibility to avoid further

delay and to preserve the parties' rights. *See* TEX. R. APP. P. 37.3(a)(1). Accordingly, this appeal is ABATED and the cause REMANDED to the trial court.

In accordance with Texas Rule of Appellate Procedure 34.6(b), the trial court is directed to conduct a hearing or otherwise to determine: (1) if the appellant has timely requested a reporter's record, and (2) the earliest practical date the reporter's record may be completed.

The trial court is directed to forward the record of the proceedings, including any orders and findings, to this Court within sixty (60) days of the date of this order, or to notify this Court within such period indicating a date by which the trial court can comply.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
6th day of April,2020.